No. 346, Misc. ROGERS *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 347, Misc. BLANK *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. *Nathan Kestnbaum* for petitioner.

No. 350, Misc. SHERWOOD *v.* GLADDEN, WARDEN. Supreme Court of Oregon. Certiorari denied.

No. 353, Misc. LAWSON *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Acting Assistant Attorney General McLean* and *Beatrice Rosenberg* for the United States.

No. 355, Misc. PARKER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Acting Assistant Attorney General McLean, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 356, Misc. FITCH *v.* TUCKER, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 357, Misc. RAYNE *v.* PEPERSACK, WARDEN. Court of Appeals of Maryland. Certiorari denied.

No. 358, Misc. BARCLAY *v.* MARTIN, WARDEN. Supreme Court of Pennsylvania, Eastern District. Certiorari denied.

No. 359, Misc. NEAL *v.* NEW YORK. Appellate Division of the Supreme Court of New York, Second Judicial Department. Certiorari denied.